No. 1486

# UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA )
    VS. )
)
)
Xiaoqing Zheng )

at Albany, NY

Case No. 1:18-MJ-434 (CFH)

Received on behalf of the United States from, Xiaoqing Zheng and Hui Jin

☒ Collateral

   ☐ Passport No. _____
                                                (Name)

      (Address)       (City, State and Zip Code)

   ☒ Deed for property located at 8 Cephalonia Dr. Niskayuna, NY 12309 owned by Zheng + Hui Jin

   ☐ Other _____

Receipt is hereby acknowledged.

Clerk, U.S. District Court

By: Tara Burtt
8/2/2018

Location: Albany vault

Disposition: _____

Received the above item as described,

_____     _____     _____
(Signature)                       (Print Name)              (Date)

FILE AND DOCKET COPY