**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

v.                                                          **1:18-MJ-434  (CFH)**

**XIAOQING ZHENG**

       **Defendant**

---

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

## ORDER TO RELEASE DETAINED DEFENDANT

The above-named Defendant has satisfied the conditions for release and the Defendant shall be released from custody on Friday, August 3, 2018. Defendant is directed to report to Pretrial Services on the 3rd floor, of the James T. Foley, U.S. Courthouse, immediately upon his release.

**IT IS SO ORDERED.**

*[signature: Christian F. Hummel]*

Christian F. Hummel

**DATED:  August 2nd , 2018**          U.S. Magistrate Judge