UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
……………………………………………….

UNITED STATES OF AMERICA,

                                             **Notice of Appearance**

    -against-

                                         Case No. 1:18-mj-00434 (CFH)

XIAOQING ZHENG,

               Defendant.
……………………………………………….

PLEASE TAKE NOTICE, that Kevin A. Luibrand, Esq. has been retained by and hereby appears as counsel for defendant Xiaoqing Zheng, and demands that a copy of all papers in this action be served upon the undersigned at the office and post office stated below.

Dated:  August 8, 2018                Yours, etc.,

                                   s/*Kevin A. Luibrand*

                                   Kevin A. Luibrand, Esq.
                                   Bar Roll No. 102083
                                   Attorneys for Defendant Zheng
                                   Office and P.O. Address:
                                   950 New Loudon Road
                                   Suite 270
                                   Latham, New York  12110
                                   Telephone:  (518)783-1100
                                   Facsimile:  (518)783-1901
                                   E-mail:  kluibrand@luibrandlaw.com